UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN A. CAMPISI, ) <br> ) <br>         Defendant. ) <br>  ) | No. CR-11-116-LRS-1 <br><br> ORDER GRANTING UNOPPOSED MOTION TO MODIFY AND MOTION TO EXPEDITE |

Before the court is Defendant John A. Campisi's Motion to Modify Conditions of Release. The court has reviewed the reasons for the request. Neither the United States nor the U.S. Probation Office oppose the Motion. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Expedite and Motion to Modify Conditions of Release **(ECF No. 94, 95)** are **GRANTED**. Defendant, John A. Campisi is allowed to travel to and from Idaho for the purpose of his employment and, accordingly, his curfew is lifted.

DATED September 12, 2011.


                                S/ CYNTHIA IMBROGNO
                            UNITED STATES MAGISTRATE JUDGE


ORDER GRANTING UNOPPOSED MOTION TO
MODIFY AND MOTION TO EXPEDITE - 1