# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.     John A. Campisi     Docket No.     2:11CR00116-001

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant John A. Campisi, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, Washington, on the 28th day of July 2011, under the following conditions:

**Condition #2:** Defendant shall immediately advise the Court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

**Condition #21:** Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant has been residing at a residence other than his approved address.

**Violation #2:** The defendant admitted to using methamphetamine on January 11, 2012.

**Violation #3:** The defendant admitted to using methamphetamine on January 20, 2012.

**Violation #4:** The defendant admitted to using methamphetamine approximately two times per month since being placed on pretrial supervision.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: 01/27/2012 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Probation Officer |

PS-8

**PS-8**
**Re: Campisi, John**
**January 27, 2012**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

S/ CYNTHIA IMBROGNO
Signature of Judicial Officer

1/30/12
Date