PROB 12B
(7/93)

Report Date: March 22, 2013

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
APR 0 2 2013
SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: John A Campisi                Case Number: 2:11CR00116-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Court Judge

Date of Original Sentence: June 6, 2012          Type of Supervision: Supervised Release

Original Offense: Uttered and Possessed Counterfeit Security; 18 U.S.C. § 513     Date Supervision Commenced: March 8, 2013

Original Sentence: Prison - 8 Months; TSR - 36 Months     Date Supervision Expires: March 7, 2016

## PETITIONING THE COURT

To **remove** the condition of supervision as follows:

24      You shall reside in a residential reentry center (RRC) for a period of up to 180 days. Your participation in the programs offered by the RRC are limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility.

## CAUSE

Mr. Campisi was placed with his mother on home confinement by the Bureau of Prisons at the time that he was to be placed at the RRC as a public law placement. At the time, the Bureau of Prisons denied the offender placement because he was already on home confinement at his mother's residence. Mr. Campisi is currently living at his mother's residence, and he has completed a substance abuse evaluation which does not recommend treatment. Therefore, it is respectfully recommended that the above special condition be removed.

Mr. Campisi has signed the attached waiver of hearing after being advised of his right to a hearing before Your Honor and advice of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/22/2013

s/Anne Sauther

Anne Sauther
U.S. Probation Officer

Prob 12B
Re:  Campisi, John A
March 22, 2013
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

4/2/13
_____
Date