PROB 12C
(7/93)

Report Date: May 12, 2015

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 13 2015

SEAN F. MCAVOY, CLERK
                    DEPUTY
YAKIMA, WASHINGTON

| | |
|---|---|
| Name of Offender: John A. Campisi | Case Number: 0980 2:11CR00116-LRS-1 |
| Address of Offender: [redacted] | |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge | |
| Date of Original Sentence: June 6, 2012 | |
| Original Offense: Uttered and Possessed Counterfeit Security, 18 U.S.C. § 513(a) | |
| Original Sentence: Prison - 8 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Timothy J. Ohms | Date Supervision Commenced: March 8, 2013 |
| Defense Attorney: Federal Defenders Office | Date Supervision Expires: March 7, 2016 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: John Campisi submitted a positive urinalysis test for methamphetamine on April 22, 2015. |
| 2 | **Special Condition #23**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: John Campisi failed to appear for urinalysis testing on April 27, and May 7, 2015. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
Re: Campisi, John A
May 12, 2015
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/12/2015

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

5/13/15
Date