PROB 12C
(7/93)

Report Date: May 28, 2015

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 28 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John A. Campisi             Case Number: 0980 2:11CR00116-LRS-1

Address of Offender: ███████████████████████

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 6, 2012

Original Offense:        Uttered and Possessed Counterfeit Security, 18 U.S.C. § 513(a)

Original Sentence:       Prison - 8 months;                Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Timothy J. Ohms                   Date Supervision Commenced: March 8, 2013

Defense Attorney:        Federal Defender's Office         Date Supervision Expires: March 7, 2016

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on May 12, 2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. <br><br> **Supporting Evidence**: John Campisi provided a urinalysis test to New Horizon Care Centers on May 12 and 19, 2015, which tested positive for amphetamine/methamphetamine. |
| 4 | **Special Condition #23**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. <br><br> **Supporting Evidence**:   John Campisi failed to provide a urinalysis test at Alcohol Drug Education Prevention and Treatment Inc. (ADEPT) on May 13 and 19, 2015. |

Prob12C
Re: Campisi, John A
May 28, 2015
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/28/2015

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

5/28/15
Date