PROB 12C
(7/93)
Case 2:11-cr-00116-LRS    Document 389    Filed 06/22/15

Report Date: June 18, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 22 2015

SEAN F. MCAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John A. Campisi          Case Number: 0980 2:11CR00116-LRS-1

Address of Offender: █████████████████████████████████████████████

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 6, 2012

Original Offense:      Uttered and Possessed Counterfeit Security, 18 U.S.C. § 513(a)

Original Sentence:     Prison - 8 Months;         Type of Supervision: Supervised Release
                       TSR - 36 Months

Asst. U.S. Attorney:   Timothy J. Ohms             Date Supervision Commenced: March 8, 2013

Defense Attorney:      John Stephen Roberts, Jr.   Date Supervision Expires: March 7, 2016

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/12/2015 and 05/28/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

    5              **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

                   **Supporting Evidence**: John Campisi provided a positive urinalysis test for methamphetamine on June 8, 2015.

    6              **Special Condition # 22**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

                   **Supporting Evidence**: Jon Campisi failed to attend outpatient substance abuse counseling on June 5 and 10, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/18/2015

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

6/22/15

Date